IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| JUDY WILSON, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff(s),<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INCORPORATED,<br><br>                    Defendants. | CIVIL ACTION No. 2:18-cv-11960<br><br>Hon. Judge William J. Martini<br><br>Hon. Mag. Judge Mark Falk<br><br>**NOTICE OF MOTION TO ADMIT DAVID S. ALMEIDA, ESQ. AND MARK S. EISEN, ESQ.** *PRO HAC VICE* |

**TO:**   Andrew Obergfell
     **Bursor and Fisher, P.A.**
     **888 Seventh Avenue**
     **New York, NY 10106**
     **Attorneys For Plaintiff**
     **Judy Wilson**

**PLEASE TAKE NOTICE** that on October 15, 2018 or as soon thereafter as counsel may be heard, Defendants Quest Diagnostics Incorporated ("Quest Diagnostics") and Quest Diagnostics Clinical Laboratories, Incorporated ("Quest Clinical," and with Quest Diagnostics, the "Quest Defendants") by and through their attorneys, Bressler, Amery & Ross, P.C., shall respectfully move before the Honorable Mark Falk, U.S.M.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 1 Federal Square, Courtroom 09, Newark, New Jersey 07101, for an Order pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey admitting David S. Almeida and Mark S. Eisen, attorneys representing Quest, *pro hac vice* in the above matter.

4983890_1

**PLEASE TAKE FURTHER NOTICE** that the movant relies on the accompanying Certification of Michael T. Hensley, Esq. and Declarations of David Almeida, Esq. and Mark S. Eisen.  No brief is necessary on the Motion because the appearances *Pro Hac Vice* are governed by local civil rule and there are no legal issues for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Quest Defendants has contacted Plaintiff's counsel concerning whether they object to Messrs. Almeida's and Eisen's admission *pro hac vice*. On September 20, 2018, Plaintiff's counsel confirmed that they consent to this Motion.

**PLEASE TAKE FURTHER NOTICE** that movant waives oral argument pursuant to Federal Rule of Civil Procedure 78, unless the Motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is annexed hereto in compliance with Local Civil Rule 7.1(e).

Dated:  September 21, 2018 			Respectfully submitted,

By: /s/ Michael T. Hensley

**BRESSLER, AMERY & ROSS, P.C.**
Michael T. Hensley, Esq.
325 Columbia Turnpike
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660
mhensley@bressler.com