# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

ANDREW OBERGFELL
Tel: 646.837.7150
Fax: 212.989.9163
aobergfell@bursor.com

October 7, 2019

<u>Via E-Mail</u>

Honorable Mark Falk
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
1 Federal Square, Courtroom 09
Newark, NJ 07101

Re:   *Wilson v. Quest Diagnostics Inc.*, Case No. 2:18-cv-11960

Dear Judge Falk:

    I write on behalf of Plaintiff Judy Wilson in the above-captioned matter to respectfully request that the Court adjourn the teleconference currently scheduled for Thursday, October 10, 2019 at 3:45 p.m. due to a previously scheduled deposition that will be occurring at the same time. Plaintiff's counsel will be traveling for depositions Tuesday, October 8, 2019 through Thursday, October 10, 2019. As such, Plaintiff's counsel respectfully requests that the teleconference be adjourned to Friday, October 11, 2019, or at the Court's earliest convenience thereafter. The parties conferred regarding adjournment, Defendant has not consented.

Very truly yours,

Andrew Obergfell

CC:   All counsel of record (via ECF)