UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| KENNETH STREET, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br><br>QUEST DIAGNOSTICS INC.<br><br><br>      Defendant. | Case No.  2:18-cv-11960<br><br>Hon. William J. Martini<br><br>Hon. Mark Falk |

  Plaintiff Kenneth Street and Defendant Quest Diagnostics Incorporated, by and through their respective attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety with prejudice as to Kenneth Street's individual claims against Quest Diagnostics Incorporated.  Each party agrees to bear their own attorneys' fees and costs.

                    Respectfully submitted,

Dated: April 8, 2020        **BURSOR & FISHER, P.A.**

                    By: */s/ Andrew J. Obergfell*
                      Andrew J. Obergfell

Andrew J. Obergfell
Joshua D. Arisohn (*admitted pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com
    aobergfell@bursor.com

*Attorney for Plaintiff*

Dated: April 8, 2020

/s/ *Michael T. Hensley*
Michael T. Hensley

**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660
mhensley@bressler.com

David S. Almeida (*admitted pro hac vice*)
Mark S. Eisen (*admitted pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
dalmeida@beneschlaw.com
meisen@beneschlaw.com

*Counsel for Quest Diagnostics Incorporated*